429 A.2d 58

Commonwealth v. Black, Appellant.

---

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

Argued December 3, 1979. Alan B. Ziegler, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, submitted a brief of behalf of Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.